UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

NETTIE ALLEN                    *          CIVIL ACTION

VERSUS                          *          NO: 07-4637 C/W 07-4814
                                           AND 07-5932

ALLSTATE INSURANCE COMPANY      *          SECTION: "D"(5)
AND NATIONAL FLOOD INSURANCE
PROGRAM

## ORDER AND REASONS

On October 31, 2007, the court held oral argument on Plaintiff Nettie Allen's **"Unopposed Motion for New Trial"** (Doc. No. 11 in lead case, No. 07-4637), to straighten out the record in this consolidated matter. In open court, the court summarized the proceedings in this matter and all parties agreed to said summary. Accordingly, the court ruled as follows:

The court **GRANTED** Plaintiff'S **Motion for New Trial** and **RESCINDED Order (Doc. No. 10 dismissing Allstate in No. 07-4637 & No. 07-4814, the two FLOOD CASES).** This ruling re-opened No. 07-4814 (which had been closed due to the fact that Allstate was the sole defendant).

At the October 31, 2007 hearing, counsel for Plaintiff then

orally **Moved to Dismiss No. 07-4637** (with the consent of Allstate as flood insurer; no answer has been filed on behalf of National Flood Program). The court **GRANTED** that motion and **DISMISSED WITHOUT PREJUDICE No. 07-4637 (FLOOD CASE).**

Finally, counsel for the parties advised the court that the **WIND CASE, No. 07-5932**, has been settled and compromised, and they orally moved to dismiss No. 07-5932 and submitted to the court a written **Motion to Dismiss No. 07-5932 (WIND CASE)**, which the court signed and will have filed into the record.

Thus, the only remaining viable case is **No. 07-4814 (FLOOD CASE).**

New Orleans, Louisiana, this **31st** day of **October, 2007.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　A.J. McNAMARA
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE